United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOEL BROWN, | No. C 09-00269 JW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | (Docket Nos. 2 & 7) |

Petitioner, a California prisoner currently incarcerated at the Pelican Bay State Prison in Crescent City, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d).  However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  The petition indicates that petitioner was convicted in Sacramento, County which lies within the venue of the Eastern District of California.  See 28 U.S.C. 84(b).

Accordingly, the above-titled action is hereby TRANSFERRED to the United

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Brown00269_transfer.wpd

States District Court for the Eastern District of California.  <u>See</u> 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.  In light of this transfer, the Court will defer to the Eastern District with respect to petitioner's motion for leave to proceed <u>in forma pauperis</u>, (Docket No. 2), and motion to file an amended petition, (Docket No. 7).

   The clerk shall transfer this matter and terminate any pending motions.

DATED:  June 8, 2009

            JAMES WARE
            United States District Judge

**United States District Court**
For the Northern District of California

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Brown00269_transfer.wpd   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOEL BROWN,

        Petitioner,

  v.

ROBERT A. HOREL, Warden,

        Respondent.
        _____/

Case Number: CV09-00269 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/10/2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Joel Brown V-73722
Pelican Bay State Prison
5905 Lake Earl Drive
P. O. Box 7500
Crescent City, Ca 95531

Dated:   6/10/2009

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk