IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOEL BROWN,

    Petitioner,               No. CIV S-09-1633 KJM P

    vs.

ROBERT A. HOREL, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus and has consented to magistrate judge jurisdiction. By order filed February 11, 2010, petitioner's request to file an amended petition was granted, and petitioner was granted thirty days leave to file an amended application. On May 26, 2010, petitioner was granted an additional thirty days in which to file his amended petition. The thirty day period has now expired, and petitioner has not responded to the court's order.

/////

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2   prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3   DATED: August 5, 2010.

_____
U.S. MAGISTRATE JUDGE

---

1
brow1633.fta

2